AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 3:25-mj-00247 |
| Devin P. Montgomery | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Devin P. Montgomery,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) - assault of a federal officer while ingaged in the proformance of official duties

Date: 9/5/2025

*Stacie F. Beckerman*
Issuing officer's signature

City and state: Portland, Oregon

Hon. Stacie F. Beckerman
Printed name and title

---

**Return**

This warrant was received on *(date)* 09/06/25, and the person was arrested on *(date)* 09/06/25
at *(city and state)* PORTLAND OR.

Date: 09/08/25

Arresting officer's signature

Inspector TAPIA
Printed name and title