SCOTT E. BRADFORD
United States Attorney
District of Oregon
**KEMP STRICKLAND, OSB #961185**
Kemp.Strickland@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00394-IM |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **DEVIN P. MONTGOMERY**<br>    **Defendant.** | |

There are no real disputes between the parties regarding the facts of the case or the advisory guideline calculations at sentencing. The government respectfully recommends the Court sentence defendant to one-year of administrative supervision, order him to pay the $25 fee assessment. While on supervision, defendant is ordered to follow the following special conditions: (1) defendant agrees not to have any direct or indirect contact with the victim named in the complaint; (2) will not be present and/or operate any type of UAS, as described in the PSR, within the following geographic area surrounding the Immigration and Customs Enforcement Building (ICE)

/ / /

in Portland, Oregon, defined as the area bounded by South Gaines Street to the North; South Boundary Street to the South; Southwest Terwilliger to the West; and the Willamette River to the East.

Dated: December 3, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ KEMP L. STRICKLAND*
KEMP L. STRICKLAND, OSB #961185
Assistant United States Attorney,